**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NUMBER 9:25-CR-00045-JDK** |
| | § | |
| | § | |
| **ARTURO RAMIREZ-LOZADA** | § | |

**ORDER ADOPTING FINDINGS OF FACT AND**
**RECOMMENDATION ON DEFENDANT'S GUILTY PLEA**

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Stetson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Stetson recommended that the court accept the Defendant's guilty plea. She further recommended that the court adjudge the Defendant guilty on Count One of the Superseding Indictment, but only as to possession of the Browning, model X-Bolt White Gold Medallion, .6.5 Creedmoor rifle bearing serial number JP22022YY354.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Arturo Ramirez-Lozada, is adjudged guilty as to Count One of the Superseding Indictment charging a violation of 18 U.S.C. § 922(g)(5)—Possession of a Firearm by a Prohibited Person, specifically only possession of the Browning, model X-Bolt White Gold Medallion, .6.5 Creedmoor rifle bearing serial number JP22022YY354.

SIGNED at Beaumont, Texas, this 2nd day of November, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE